JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA
                                  :   **INDICTMENT**
    -v-
                                  :   07 Cr.

ABEL GONZALEZ-CASILLAS,
    a/k/a "Abel Gonzales          :
    Casillas,"
    a/k/a "Chaparo,"              :

                                  :
        Defendant.                :
- - - - - - - - - - - - - - - - -x



ELECTRONICALLY FILED
DOC #:

07 CRIM. 527

## COUNT ONE

The Grand Jury charges:

1. From at least in or about August 2006, up to and including in or about June 2007, in the Southern District of New York and elsewhere, ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.   On or about June 1, 2007, ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," the defendant, had a telephone conversation with a co-conspirator not named as a defendant herein, who was in the Bronx, New York, about the sale of cocaine.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

ABEL GONZALEZ-CASILLAS,
a/k/a "Abel Gonzales Casillas,"
a/k/a "Chaparo,"

**Defendant.**

## INDICTMENT

07 CR ____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

Post-It 11/1/87

6/11/07 - Fld. Indictment, case assigned to Judge Scheindlin for all purposes.
Eaton Jr. U.S.M.J.