

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Abel Gonzalez</u>
    07 Cr. 527 (SAS)

Dear Judge Scheindlin:

  The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference in the above-referenced matter be re-scheduled from September 11, 2007 to a date convenient for the Court during either of the first two weeks in October, 2007.

  The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between September 11, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, and provide defense counsel with an opportunity to review discovery produced by the Government. The Government makes this request with the consent of counsel for the defendant.

          Very truly yours,

          MICHAEL J. GARCIA
          United States Attorney
          Southern District of New York

     By: _____
        Eugene Ingoglia
        Assistant United States Attorney
        (212) 637-1113

cc: Avrom Robin, Esq. (By facsimile)

*Request is granted. The conference previously scheduled for Sept. 11, 2007 is rescheduled to October 3, 2007, at 3:45 pm. Time excluded for purposes of the Speedy Trial Act until October 3, 2007. SO ORDERED:*

*Date: Sept. 11, 2007*

*Shira A. Scheindlin, USDJ*