LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: lradlondon@aol.com
avrom@mindspring.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

September 26, 2007

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Abel Gonzalez-Casillas</u>
07-Cr-527 (SAS)

Dear Judge Scheindlin:

I write regarding my client Abel Gonzalez-Casillas, the defendant in the above captioned case.

I write to request prior approval, as required by C.J.A. rules, for transcription and translation of tape recordings, provided by the government as discovery, from Spanish into English. I only seek approval for tape recordings deemed essential, that directly involve my client, and not all the conversations provided by the government.

As counsel I need to review these recordings with my client in order to assess the strength of the government's evidence against him.

| | |
|---|---|
| Interpreter to perform the translation: | Mario Michelena (Federally Certified) |
| Period of work by the Interpreter: | October 1 – October 10, 2007 |
| Hours required: | about 30 hours |
| Rate per hour: | Standard CJA rate, $65.00 |
| For a grand total of | $1,950.00 |

Thank you for your consideration in this matter.

Very truly yours,

AVROM ROBIN

SO ORDERED:
**Prior approval of transcription and translation of tape recordings from Spanish to English by certified interpreter Mario Michelena in an amount not to exceed $1950.00 is hereby given.**

Date: September 28, 2007

Honorable Shira A. Scheindlin, U.S.D.J.