

**U.S. Department of Justice**

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2007



RECEIVED
CHAMBERS OF
NOV 19 2007
JUDGE SCHEINDLIN

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Abel Gonzalez</u>
           07 Cr. 527 (SAS)

Dear Judge Scheindlin:

        The Government writes to inform the Court of recent developments in the above-referenced matter. As the Government indicated during the last conference on October 3, 2007, the Government had learned that the defendant was intercepted on a wiretap conducted in connection with an investigation out of California (the defendant was not charged in California). After receiving and reviewing the evidence, the Government now intends to seek a superseding indictment in the case this week, and expects that superseding indictment to add two co-defendants and to include reference to an additional narcotics transaction involving the defendant. In connection with this step, we have produced to the defendant additional discovery, including wiretap evidence, relating to a 55 kilogram cocaine transaction in October, 2006. Avrom Robin, counsel for the defendant, has informed me that he will seek an adjournment of the trial date, currently scheduled for December 10, 2007, based on the superseding indictment and new discovery.

        The parties respectfully request that a date be set for a conference in this matter at a date convenient for the Court after Wednesday, November 21, 2007, and that the deadline for the Government to provide notice pursuant to Rule 404(b) be adjourned from November 19, 2007 to such

*[Handwritten note:]* A conference is scheduled for Wednesday, November 28, 2007 at 3:30 p.m. and the Government's deadline to provide 404(b) notice is adjourned to a date which will be determined at said conference. The trial date will also be addressed at that time. So Ordered.

November 19, 2007

[Signature]
USDJ

Honorable Shira A. Scheindlin
November 19, 2007
Page 2

date as the Court finds to be provident.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York

                    By:      _____
                                        Eugene Ingoglia
                                        Assistant United States Attorney
                                        (212) 637-1113

cc:   Avrom Robin, Esq. (By facsimile)