

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 11, 2007

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

       Re: United States v. Abel Gonzalez-Casillas, et al.
          S1 07 Cr. 527 (SAS)

Dear Judge Scheindlin:

       The Government writes to respectfully request, on behalf of the Government and counsel for Mr. Gonzalez-Casillas, that the conference in the above-referenced matter scheduled for Wednesday, December 12, 2007, be re-scheduled to a date convenient for the Court after Thursday, December 13, 2007. The Government makes this request after being informed that Mr. Gonzalez's two co-defendants (Israel Torres and Luis Ramirez), who are being brought to the Southern District of New York from California on writs, have not yet arrived in this District, and will not arrive in time for Court proceedings prior to Friday, December 14, 2007.

       The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between December 12, 2007 and the new conference date. This delay will permit the Government and newly retained counsel for Mr. Gonzalez-Casillas to continue discussions concerning the possibility of a disposition before trial, and provide him with an opportunity to review discovery produced by the Government. In addition, it will allow the parties to convene at a time when all the parties are present. The Government makes this request with the consent of counsel for Mr. Gonzalez-Casillas.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Jonathan Marks, Esq. (By facsimile)

*[Handwritten note: Request granted. Conference adjourned to December 30 at 4:30 and time excluded. So Ordered. 12/11/07]*