AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

UNITED STATES v. ABEL GONZALEZ-CASILLAS    Case Number: 07-cr-527 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Abel Gonzalez-Casillas

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/17/2007 | /s/ Jonathan Marks |
| Date | Signature |

| Jonathan Marks | JM-9696 |
|---|---|
| Print Name | Bar Number |

220 Fifth Avenue, Suite 300
Address

| New York | NY | 10001 |
|---|---|---|
| City | State | Zip Code |

| (212) 545-8008 | (212) 889-3595 |
|---|---|
| Phone Number | Fax Number |