

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

```
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/2/08
```

April 2, 2008



RECEIVED
CHAMBERS OF
APR 02 2008
JUDGE SCHEINDLIN

<u>By Facsimile: 212-805-7920</u>
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  <u>United States v. Abel Gonzalez-Casillas, et al.</u>
           S1 07 Cr. 527 (SAS)

Dear Judge Scheindlin:

      The Government writes to respectfully request that the deadline for the defense to make motions in the above-referenced matter be extended from April 4, 2008 to April 18, 2008. The Government has just produced additional discovery – principally, additional wire interceptions of defendant Abel Gonzalez-Casillas (and related documents), arising out of an investigation by a DEA group in Atlanta, Georgia. As a result, the Government has spoken with counsel for the defendants, and agreed that the Government will consent to an extension of their time to bring any motions, and submit this letter to Your Honor so indicating. The Government proposes that the deadline for the Government's response to any motions remain as currently scheduled, May 2, 2008.

      The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 4, 2008 and April 18, 2008, should Your Honor grant this request, to allow defense counsel a full opportunity to consider any motions they might choose to bring.

*[Handwritten: The Government's request is granted. Defendants' time to file motions is extended to April 18, 2008. The Government's deadline to respond remains May 2, 2008. Time between April 4, 2008 and April 18, 2008 is excluded for purposes of the Speedy Trial Act.
SO ORDERED
Date: New York, New York
April 3, 2008
/s/ Shira A. Scheindlin
U.S.D.J.]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:  Jonathan Marks, Esq.                          Robert J. Krakow, Esq.
       Counsel for Defendant Abel Gonzalez-Casillas    Counsel for defendant Luis Ramirez

       Larry Feitel, Esq.
       Counsel for defendant Israel Torres