UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ABEL GONZALEZ-CASILLAS,

                              Defendant.

07-CR-527-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court appoints Eric Franz, Esq., today's CJA duty attorney, to assume the

representation of Abel Gonzalez-Casillas.

    SO ORDERED.

                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: February 8, 2021
        New York, New York