UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                                               **ORDER**

            -against-                                          07-CR-527 (PAE)

ABEL GONZALEZ-CASILLAS,

                                           Defendant.

------------------------------------------------------------------------ X

        Upon the application of defendant, ABEL GONZALEZ-CASILLAS, through his counsel Eric Franz, Esq., and upon all proceedings previously herein, it is apparent that defendant ABEL GONZELES-CASILLAS, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

        ORDERED that pursuant to 18 U.S.C. 3006(A) (the Criminal Justice Act), that Carl Andrew Irace, Esq., is appointed to replace Brian McDonald, in the above-captioned action as Associate Counsel, pursuant to the Eastern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant, ABEL GONZALEZ-CASILLAS.  As such, Carl Andrew Irace., will be compensated in accordance with the Criminal Justice Act at the rate of $65.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:       New York, New York
                 _____April 13__, 2021

                                                          */s/ Paul A. Engelmayer*
                                                 THE HONORABLE PAUL A. ENGELMAYER
                                                 United States District Judge

The Clerk of Court is requested to terminate the motion at Dkt. No. 82.